

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Micah Trumond Armstrong, Appellant

No. 06-25-00027-CR          v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 51366-A).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Justice van Cleef.


As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We note that the appellant, Micah Trumond Armstrong, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.


RENDERED JULY 1, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk